**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-7894**

———————

CURTIS DALE RICHARDSON,

Plaintiff - Appellant,

versus

PHILLIP R. THOMPSON, Sheriff of Horry County,
in his individual and official capacity;
OFFICERS, of J Rueben Long Detention Center as
Horry County Sheriff's Deputies in their
individual and official capacities,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Florence.   R. Bryan Harwell, District Judge.
(CA-04-1256-4-27)

———————

Submitted:  March 24, 2005          Decided:  March 30, 2005

———————

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Curtis Dale Richardson, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Curtis Dale Richardson appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2000) complaint as frivolous. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Richardson v. Thompson, No. CA-04-1256-4-27 (D.S.C. Oct. 8, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED